UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA            Criminal File No.
    v
                                                    1:11-CR-121-SCJ
CLAYTON COE

ORDER

The above-named defendant having requested additional time in which to obtain counsel of defendant's own choosing, for good cause shown:

Defendant shall be allowed until 2:00 p.m.   Wednesday, April 6, 2011   to obtain counsel of his own choosing.  Defendant shall promptly notify Magistrate Judge Gerrilyn G. Brill and the United States Attorney of the counsel employed, and counsel shall file a notice of appearance in this matter.

If counsel has not been retained by the time allowed or if retained counsel has not filed a notice of appearance prior to said time, Defendant shall promptly notify the Magistrate Judge for determination as to whether counsel should be appointed.

The clerk is DIRECTED to exclude time in this case pursuant to 18 U.S.C.§ 3161(h)(8)(A)(B)(iv) from the date of his initial appearance on March 28, 2011 until counsel has appeared for defendant or until further order of the Court.

SO ORDERED this 4th day of April, 2011.

_____
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE