IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:11-CR-121 |
| MARK CONNER & CLAYTON COE | : | |

### VICTIM DISCLOSURE STATEMENT
### PURSUANT TO Fed.R.Cr.P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, Bank of Wrightsville, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity.

2. List below any parent corporation or state that there is no such corporation:
   Wrightsville Bancshares, Inc.
   156 N. Bradford Street
   Wrightsville, GA 31096

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
   There is no such corporation.

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Pete Powell
Printed name                                    Signature

Date: 03/31/2011

Submitted by:   DOUGLAS W. GILFILLAN
                ASSISTANT UNITED STATES ATTORNEY